1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  ARISTA RECORDS LLC; INTERSCOPE RECORDS;
   BMG MUSIC; UMG RECORDINGS, INC.; and
8  WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>    v.<br><br>JOHN DOE #8,<br>          Defendant. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6   The following companies are parents of, or partners in Plaintiff Sony BMG Music
7  Entertainment: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
8  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
9  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
10 Corporation is publicly traded in the U.S.
11   The following companies are parents of, or partners in Plaintiff Arista Records LLC: BMG
12 Music; Sony BMG Music Entertainment; Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding
13 LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding,
14 Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony
15 Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.
16   The following companies are parents of, or partners in Plaintiff Interscope Records: UMG
17 Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group, Inc.;
18 Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and
19 Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in
20 France.
21   The following companies are parents of, or partners in Plaintiff BMG Music: Ariola Eurodisc
22 LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music
23 Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and
24 Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly
25 traded in the U.S.
26   The following companies are parents of, or partners in Plaintiff UMG Recordings, Inc.:
27 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
28

1

Certification of Interested Entities or Persons
Case No.
#32563 v1

| | |
|---|---|
| 1 | Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is |
| 2 | publicly traded. Vivendi S.A. is publicly traded in France. |
| 3 |     The following companies are parents of, or partners in Plaintiff Warner Bros. Records Inc.: |
| 4 | WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only |
| 5 | Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the |
| 6 | U.S. |

Dated: September 20, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; INTERSCOPE RECORDS; BMG MUSIC; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.