RECEIVED
07 SEP 20 PM 4: 00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1   Matthew Franklin Jaksa (CA State Bar No. 248072)
    HOLME ROBERTS & OWEN LLP
2   560 Mission Street, 25th Floor
3   San Francisco, CA 94105-2994
    Telephone:   (415) 268-2000
4   Facsimile:   (415) 268-1999
    Email:       matt.jaksa@hro.com
5
6   Attorneys for Plaintiffs,
    SONY BMG MUSIC ENTERTAINMENT;
7   ARISTA RECORDS LLC; INTERSCOPE
    RECORDS; BMG MUSIC; UMG RECORDINGS,
8   INC.; and WARNER BROS. RECORDS INC.
9
10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12
13  SONY BMG MUSIC ENTERTAINMENT, a          C 07 4854
    Delaware general partnership; ARISTA     CASE NO.
14  RECORDS LLC, a Delaware limited liability
    company; INTERSCOPE RECORDS, a           [PROPOSED] ORDER GRANTING WDB
15  California general partnership; BMG MUSIC, a   PLAINTIFFS' EX PARTE APPLICATION
    New York general partnership; UMG         FOR LEAVE TO TAKE IMMEDIATE
16  RECORDINGS, INC., a Delaware corporation; DISCOVERY
17  and WARNER BROS. RECORDS INC., a
    Delaware corporation,
18
19                  Plaintiffs,
20          v.
21
22  JOHN DOE #8,
                    Defendant.
23
24
25
26
27
28

[Proposed] Order Granting Ex Parte Application to Take Immediate Discovery
Case No.
#32558 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2    Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3    ORDERED that Plaintiffs may serve immediate discovery on San Francisco State University

4    to obtain the identity of Defendant John Doe # 8 ("Defendant") by serving a Rule 45 subpoena that

5    seeks documents that identify Defendant, including the name, current (and permanent) address and

6    telephone number, e-mail address, and Media Access Control addresses for Defendant. ~~The~~

7    ~~disclosure of this information is consistent with San Francisco State University's obligations under~~

8    ~~20 U.S.C. 1232g.~~

9    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

10    the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

11    under the Copyright Act.

12

13    DATED: _9-28-07_                    By: _Wayne D. Bray_

14                                        United States ~~District~~ Judge

15                                             *Magistrate*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[Proposed] Order Granting Ex Parte Application to Take Immediate Discovery
Case No.
#32558 v1