1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:          matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  ARISTA RECORDS LLC; INTERSCOPE
   RECORDS; BMG MUSIC; UMG RECORDINGS,
8  INC.; and WARNER BROS. RECORDS INC.

9

10                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
11                                OAKLAND DIVISION

12

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, <br><br> Plaintiffs, <br><br>     v. <br><br> JOHN DOE #8, <br>                  Defendant. | CASE NO. C 07-04854 WDB <br><br> The Honorable Wayne D. Brazil <br><br> ***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

---

EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-04854 WDB
#34544 v1

1       Plaintiffs respectfully request that the Court continue the case management conference
2 currently set for January 3, 2008, at 4:00 p.m. to April 3, 2008.

3       Plaintiffs filed the Complaint against Defendant John Doe #8 ("Defendant") on September
4 20, 2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take
5 Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on San Francisco
6 State University ("SFSU"), so that Plaintiffs could obtain information sufficient to identify
7 Defendant.  On September 28, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte*
8 Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45
9 subpoena on SFSU.  On November 16, 2007, SFSU responded to Plaintiffs' subpoena, providing
10 Plaintiffs with identifying information including Defendant's name, address, and telephone number.

11       Since that time, Plaintiffs and Defendant have been in contact, and have reached a settlement.
12 The parties are now in the process of finalizing the settlement documents.  Plaintiffs will promptly
13 file dispositional documents with the Court once the settlement is final.

14       Given the foregoing circumstances, a case management conference is unnecessary at this
15 time.  Plaintiffs therefore request that the Court continue the case management conference currently
16 set for set for January 3, 2008, at 4:00 p.m. to April 3, 2008.

17 Dated:  December 19, 2007                              HOLME ROBERTS & OWEN LLP

19                                                 By:  _____*/s/ Matthew Franklin Jaksa*___
20                                                        MATTHEW FRANKLIN JAKSA
                                                       Attorney for Plaintiffs

21

22

23

24

25

26

27

28

**ORDER**

1    Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 3, 2008, at 4:00 p.m. be continued to April 3, 2008.

Dated: _____     By: _____
                                                 Honorable Wayne D. Brazil
                                                 United States Magistrate Judge

EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-04854 WDB
#34544 v1