1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  ARISTA RECORDS LLC; INTERSCOPE
   RECORDS; BMG MUSIC; UMG RECORDINGS,
8  INC.; and WARNER BROS. RECORDS INC.

9

10                          UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA
11                                   OAKLAND DIVISION

12

| 13 | SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | CASE NO. C 07-04854 WDB<br><br>The Honorable Wayne D. Brazil<br><br>***EX PARTE*** **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
|---|---|
| 19 | Plaintiffs, | |
| 20 | v. | |
| 22 | JOHN DOE #8, | |
| 23 | Defendant. | |

24

25

26

27

28

1      Plaintiffs respectfully request that the Court continue the case management conference currently set for January 3, 2008, at 4:00 p.m. to April 3, 2008.

     Plaintiffs filed the Complaint against Defendant John Doe #8 ("Defendant") on September 20, 2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on San Francisco State University ("SFSU"), so that Plaintiffs could obtain information sufficient to identify Defendant.  On September 28, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on SFSU.  On November 16, 2007, SFSU responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, address, and telephone number.

     Since that time, Plaintiffs and Defendant have been in contact, and have reached a settlement.  The parties are now in the process of finalizing the settlement documents.  Plaintiffs will promptly file dispositional documents with the Court once the settlement is final.

     Given the foregoing circumstances, a case management conference is unnecessary at this time.  Plaintiffs therefore request that the Court continue the case management conference currently set for set for January 3, 2008, at 4:00 p.m. to April 3, 2008.

Dated:  December 19, 2007            HOLME ROBERTS & OWEN LLP


By: _____*/s/ Matthew Franklin Jaksa*\_\_\_
      MATTHEW FRANKLIN JAKSA
      Attorney for Plaintiffs

EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-04854 WDB
#34544 v1

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 3, 2008, at 4:00 p.m. be continued to April 3, 2008.

Dated: 12/20/2007

By: *Wayne D. Brazil*
Honorable Wayne D. Brazil
United States Magistrate Judge