1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  ARISTA RECORDS LLC; INTERSCOPE
   RECORDS; BMG MUSIC; UMG RECORDINGS,
8  INC.; and WARNER BROS. RECORDS INC.
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | CASE NO. C 07-04854 WDB |
|---|---|
| Plaintiffs, | The Honorable Wayne D. Brazil |
| v. | **REQUEST TO ENTER DEFAULT** |
| BRITTANY RAQUEL GRAY, | |
| Defendant. | |

REQUEST TO ENTER DEFAULT
Case No. C 07-04854 WDB
#36362 v2

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant Brittany Raquel Gray ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Dawniell Alise Zavala, ¶¶ 3, 5.

Plaintiffs served the Summons and Complaint on Defendant on February 24, 2008, by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 2, Exh. A. Neither Plaintiffs nor the Court have granted Defendant any formal extensions of time to respond to the Complaint. Plaintiffs informally extended the time to May 23, 2008. That extension has expired. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

Dated: June 3, 2008                             HOLME ROBERTS & OWEN LLP


By: _____*/s/ Dawniell Alise Zavala*___
    DAWNIELL ALISE ZAVALA
    Attorney for Plaintiffs

REQUEST TO ENTER DEFAULT
Case No. C 07-04854 WDB
#36362 v2

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On June 3, 2008, I served the foregoing documents described as:

**REQUEST TO ENTER DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Brittany Raquel Gray**
> **75 Poncetta Drive, #215**
> **Daly City, CA 94015**

☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 3, 2008 at San Francisco, California.

*/s/ Della Grant*
Della Grant

---

REQUEST TO ENTER DEFAULT
Case No. C 07-04854 WDB
#36362 v2

1