**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                                    General Court Number
Clerk                                                                                                                              510.637.3530

June 4, 2008

RE:  CV 07-04854 WDB        SONY BMG MUSIC-v- BRITTANY RAQUEL GRAY

Default is entered as to defendant, Brittany Gray, on June 4, 2008.


                                                                        RICHARD W. WIEKING, Clerk

                                                                        *Cynthia J. Lenahan*
                                                                        by Cynthia Lenahan
                                                                        Case Systems Administrator

NDC TR-4  Rev. 3/89