1 | Dawniell Alise Zavala (CA State Bar No. 253130)
2 | HOLME ROBERTS & OWEN LLP
  | 560 Mission Street, 25th Floor
3 | San Francisco, CA  94105-2994
  | Telephone:   (415) 268-2000
4 | Facsimile:    (415) 268-1999
  | Email:          dawniell.zavala@hro.com
5
6 | Attorneys for Plaintiffs,
  | SONY BMG MUSIC ENTERTAINMENT;
7 | ARISTA RECORDS LLC; INTERSCOPE
  | RECORDS; BMG MUSIC; UMG RECORDINGS,
8 | INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BRITTANY RAQUEL GRAY,<br><br>                    Defendant. | CASE NO. C 07-04854 WDB<br><br>The Honorable Wayne D. Brazil<br><br>**PROOF OF SERVICE OF CLERK'S NOTICE OF ENTRY OF DEFAULT AS TO DEFENDANT BRITTANY GRAY** |

PROOF OF SERVICE RE DEFAULT
Case No. C 07-04854 WDB
#38100 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On June 5, 2008, I served the foregoing documents described as:

**CLERK'S NOTICE OF ENTRY OF DEFAULT AS TO DEFENDANT BRITTANY GRAY**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Brittany Raquel Gray**
> **75 Poncetta Drive, #215**
> **Daly City, CA 94015**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2008 at San Francisco, California.

_Della Grant_
Della Grant

PROOF OF SERVICE RE DEFAULT
Case No. C 07-04854 WDB
#38100 v1