Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
ARISTA RECORDS LLC; INTERSCOPE
RECORDS; BMG MUSIC; UMG RECORDINGS,
INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BRITTANY RAQUEL GRAY,<br><br>                    Defendant. | CASE NO. C 07-04854 WDB<br><br>The Honorable Wayne D. Brazil<br><br>***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1  Plaintiffs respectfully request that the Court vacate the case management conference set for
2  July 17, 2008 at 4:00 p.m.  Defendant is in default, Plaintiffs will be filing their Notice of Motion
3  and Motion for Default Judgment by July 21, 2008.  Thus, there appears to be no need for a case
4  management conference at this time.  Accordingly, Plaintiffs respectfully request that the Court
5  vacate the case management conference set for July 17, 2008 at 4:00 p.m.

7  Dated:  July 9, 2008                                            HOLME ROBERTS & OWEN LLP

9                                                                              By:  _____*/s/ Dawniell Alise Zavala*___
10                                                                                   DAWNIELL ALISE ZAVALA
                                                                                     Attorney for Plaintiffs

12                                              **[PROPOSED] ORDER**
13  Good cause having been shown:
14  **IT IS ORDERED** that the case management conference currently set for July 17, 2008, at
15  4:00 p.m., is hereby vacated.

18  Dated:  _____                        By:  _____
19                                                                                   Honorable Wayne D. Brazil
                                                                                     United States Magistrate Judge

1
EX PARTE APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-04854 WDB
#38699 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On July 10, 2008, I served the foregoing documents described as:

***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Brittany Raquel Gray
75 Poncetta Drive 215
Daly City, CA 94015**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 10, 2008 at San Francisco, California.

*Della Grant*
_____
Della Grant