| | |
|---|---|
| 1 | Dawniell Alise Zavala (CA State Bar No. 253130) |
| 2 | HOLME ROBERTS & OWEN LLP<br>560 Mission Street, 25th Floor |
| 3 | San Francisco, CA 94105-2994<br>Telephone: (415) 268-2000 |
| 4 | Facsimile: (415) 268-1999 |
| 5 | Email: dawniell.zavala@hro.com |
| 6 | Attorneys for Plaintiffs,<br>SONY BMG MUSIC ENTERTAINMENT; |
| 7 | ARISTA RECORDS LLC; INTERSCOPE<br>RECORDS; BMG MUSIC; UMG RECORDINGS, |
| 8 | INC.; and WARNER BROS. RECORDS INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRITTANY RAQUEL GRAY,<br><br>Defendant. | CASE NO. C 07-04854 WDB<br><br>The Honorable Wayne D. Brazil<br><br>***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

EX PARTE APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-04854 WDB
#38699 v1

1  Plaintiffs respectfully request that the Court vacate the case management conference set for
2  July 17, 2008 at 4:00 p.m. Defendant is in default, Plaintiffs will be filing their Notice of Motion
3  and Motion for Default Judgment by July 21, 2008. Thus, there appears to be no need for a case
4  management conference at this time. Accordingly, Plaintiffs respectfully request that the Court
5  vacate the case management conference set for July 17, 2008 at 4:00 p.m.

Dated: July 9, 2008                           HOLME ROBERTS & OWEN LLP

                                              By:  /s/ Dawniell Alise Zavala
                                                   DAWNIELL ALISE ZAVALA
                                                   Attorney for Plaintiffs

[PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for July 17, 2008, at 4:00 p.m., is hereby vacated.

Dated: 7-16-08               By: /s/ Wayne D. Brazil
                                 Honorable Wayne D. Brazil
                                 United States Magistrate Judge

1

EX PARTE APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-04854 WDB
#38699 v1