UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: September 10, 2008          Time: 1:30 p.m.

<u>TITLE OF CASE</u>    *Sony BMG Music, et al, v. Brittany Gray*

<u>DOCKET #s:</u>    C 07-4854 WDB

<u>ATTORNEY(S)</u>

Plaintiffs:    Dawniell A. Zavala, Esq.

Defendant:    no appearance

<u>Court Reporter / Tape #</u>:  Raynee Mercado/FTR 9-10-08

**PROCEEDINGS**

| | |
|---|---|
| [ ] INITIAL STATUS CONFERENCE | [ ] SETTLEMENT CONFERENCE (1ST) |
| [ ] FOLLOW-UP STATUS CONFERENCE | [ ] FOLLOW-UP SETTLEMENT CONF. |
| [ ] PRETRIAL CONFERENCE (NOT FINAL) | [ ] DISCOVERY CONF. (INFORMAL) |
| [ ] FINAL PRETRIAL CONFERENCE | [ ] DISCOVERY HEARING (FORMAL) |
| [ ] NONDISPOSITIVE MOTION (ORDER | [ ] EXAM. OF JUDGMENT DEBTOR |
| [ ] NONDISPOSITIVE MOTION (OPINION) | [ ] EVIDENTIARY HEARING |
| [x] DISPOSITIVE MOTION | |
| [ ] OTHER: | |

NOTES:

Court heard oral argument with respect to plaintiff's Motion for Default Judgment. See separate order and Report and Recommendation to follow.

cc: WDB, stats