United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al,<br><br>        Plaintiffs,<br><br>   v.<br><br>BRITTANY RAQUEL GRAY<br><br>        Defendant.<br>_____/ | No. C 07-4854 WDB<br><br>**[PROPOSED] JUDGMENT** |

On February 4, 2008, plaintiffs filed their complaint seeking statutory damages for violation of the Copyright Act and costs pursuant to 17 U.S.C. §§504 and 505. Plaintiffs also seek a permanent injunction enjoining defendant from further infringing plaintiffs' rights in sound recordings owned by plaintiffs now and in the future. 17 U.S.C. §§502(a) and 503.

Pursuant to the Court's Order Adopting the September 15, 2008, Report and Recommendation, the Court ENTERS JUDGMENT as follows.

Judgment in the amount $6,420.00 (six thousand four hundred twenty dollars) is entered in favor of plaintiffs and against defendant Brittany Raquel Gray, an individual, on plaintiffs' claim that Ms. Gray infringed their rights in eight copyrighted sound recordings owned by plaintiffs.

//

1

The Court ENTERS the following injunction:

Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiff's Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody or control.

IT IS SO ORDERED AND ADJUDGED.

Dated: September __, 2008

United States District Judge

2